JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK T. MOOTZ,<br><br>        Petitioner,<br><br>    v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>        Respondent. | Case No. CV 21-8626-DMG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 28, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE